# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN L. TUCKER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 17-3598 |
| v. | : | |
| | : | |
| DAVID SHULKIN, SECRETARY OF | : | |
| DEPT. OF VETERANS AFFAIRS, | | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _3rd_ day of September, 2019, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 44) is **GRANTED in part** and **DENIED in part** as follows:

- The motion is **GRANTED** on Tucker's failure to accommodate and termination claims under the Rehabilitation Act in their entirety. Additionally, the motion is **GRANTED** on Tucker's claim under the Rehabilitation Act that he was constructively discharged because of his disability.

- The motion is **DENIED** on Tucker's claim under the Rehabilitation Act that he was constructively discharged in retaliation for engaging in protected activity.[1]

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 9/3/2019

---

[1] This is the only claim that Tucker may proceed with at trial.

1